# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5196
_____

RANDY A. ANDERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 9, 2019


PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5) and 9.141(d)(6)(C).

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Randy A. Anderson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.